NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANNUM, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
**ALSTON WILKES SOCIETY, INC.,**
*Defendants-Appellees*

---

2015-5037

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00822-MBH, Judge Marian Blank Horn.

---

**JUDGMENT**

---

JUSTIN HUFFMAN, Camardo Law Firm, P.C., Auburn, NY, argued for appellant. Also represented by JOSEPH A. CAMARDO, JR.

JAMES R. SWEET, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee United States. Also represented by ALLISON KIDD-MILLER, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

JAMES LYNN WERNER, Parker, Poe, Adams & Bernstein, LLP, Columbia, SC, argued for appellee Alston Wilkes Society, Inc. Also represented by LAWRENCE HERSHON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 15, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court